# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Reyes, Jr., Ramon E. | US District Court, EDNY | 05/12/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge, full time | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

U.S. District Court, EDNY
225 Cadman Plaza East, Room N208
Brooklyn, New York 11201

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Power of Attorney | Family Members |
| 2. | Executor | Will of Family Members |
| 3. | Executive Committee Member - Treasurer | Federal Magistrate Judges Association |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reyes, Jr., Ramon E. | 05/12/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|
| 1. 2015 | Brooklyn Law School, adjunct teaching salary | $10,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2015 | Legal Services of New York, salary |
| 2. 2015 | Brooklyn Law School, adjunct teaching salary |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federal Magistrate Judges Association | 03/11-03/13, 09/16-09/18 | Washington, DC | Attend FMJA Board meetings and AO Magistrate Judge Advisory Group meetings | travel expense, food and lodging |
| 2. | American Bar Association | 02/06-02/07 | Houston, TX | Attend ABA Annual Meeting | travel expense, food and lodging |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Federal Bar Council | Annual Thanksgiving Lunch, Law Day Dinner, and other receptions | $1,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | USAA | Home equity line of credit on rental property, Orange Co., New York (Pt. VII, line 1) | N |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reyes, Jr., Ramon E. | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental property, Orange County, NY | E | Rent | N | W | | | | | |
| 2. Vacant lot, Marion County, FL | | None | J | W | | | | | |
| 3. USAA S&P 500, Roth IRA | A | Dividend | J | T | | | | | |
| 4. USAA S&P 500, Roth Conversion IRA | A | Dividend | J | T | | | | | |
| 5. American Funds, New Perspectives | B | Dividend | K | T | | | | | |
| 6. USAA -Brokerage S/D IRA Rollover, incl. 7-14 below | A | Interest | J | T | | | | | |
| 7. USAA Int'l Fund (USIFX) | A | Dividend | J | T | | | | | |
| 8. USAA Growth Fund (USAAX) | A | Dividend | J | T | | | | | |
| 9. USAA Income Fund (USAIX) | A | Dividend | J | T | | | | | |
| 10. USAA Short Term Bond Fund (USSBX) | A | Dividend | J | T | | | | | |
| 11. USAA Value Fund (UVALX) | A | Dividend | J | T | | | | | |
| 12. USAA Intermediate Bond Fund (USIBX) | A | Dividend | J | T | | | | | |
| 13. USAA High Income Fund (USHYX) | A | Dividend | J | T | | | | | |
| 14. USAA Small Cap Stock Fund (USCAX) | A | Dividend | J | T | | | | | |
| 15. USAA S&P 500, Roth IRA | A | Dividend | J | T | | | | | |
| 16. USAA Growth & Income, Conversion IRA | A | Dividend | J | T | | | | | |
| 17. USAA - Brokerage S/D IRA rollover, incl. 18-37 below | | None | K | T | Open | 02/27/15 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reyes, Jr., Ramon E. | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. American Beacon Intl Equity Y Class (ABEYX) | A | Dividend | J | T | Buy | 02/27/15 | J | | |
| 19. Baird Core Plus Bond Institutional (BCOIX) | A | Dividend | J | T | Buy | 02/27/15 | J | | |
| 20. Delaware Value Fund Institutional (DDVIX) | A | Dividend | J | T | Buy | 02/27/15 | J | | |
| 21. First Eagle Overseas Class I (SGOIX) | A | Dividend | J | T | Buy | 02/27/15 | J | | |
| 22. Harding Loevner Intl Equity Port Institutional (HLMIX) | A | Dividend | J | T | Buy | 02/27/15 | J | | |
| 23. Heartland Value Plus Institutional (HNVIX) | A | Dividend | J | T | Buy | 02/27/15 | J | | |
| 24. Hotchkis & Wiley Small Cap Value (HWSIX) | A | Dividend | J | T | Buy | 02/27/15 | J | | |
| 25. LKCM SMID Cap Equity Fund Institutional (LKSMX) | A | Dividend | J | T | Buy | 02/27/15 | J | | |
| 26. Lazard Emerging Mrkts EQ Blend Institutional (EMBIX) | A | Dividend | J | T | Buy | 02/27/15 | J | | |
| 27. Lazard Intl Strategy Equity Port Intl (LISIX) | A | Dividend | J | T | Buy | 02/27/15 | J | | |
| 28. MFS Growth Fund Class I (MFEIX) | A | Dividend | J | T | Buy | 02/27/15 | J | | |
| 29. Schroder Emerging Mrk Eq Inv (SEMNX) | A | Dividend | J | T | Buy | 02/27/15 | J | | |
| 30. TCW Emerging Mkts Income (TGEIX) | A | Dividend | J | T | Buy | 02/27/15 | J | | |
| 31. USAA Precious Metals and Minerals Retail (USAGX) | A | Dividend | J | T | Buy | 02/27/15 | J | | |
| 32. USAA Income Fund Retail (USAIX) | A | Dividend | J | T | Buy | 02/27/15 | J | | |
| 33. USAA Real Return Fund Retail (USRRX) | A | Dividend | J | T | Buy | 02/27/15 | J | | |
| 34. USAA Managed Allocation Fund Retail (UAFMX) | A | Dividend | J | T | Buy | 02/27/15 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reyes, Jr., Ramon E. | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. USAA Short Term Bond Fund Retail (USSBX) | A | Dividend | J | T | Buy | 02/27/15 | J | | |
| 36. USAA High Income Fund Retail (USHYX) | A | Dividend | J | T | Buy | 02/27/15 | J | | |
| 37. Voya Intermediate Bond Class W (IIBWX) | A | Dividend | J | T | Buy | 02/27/15 | J | | |
| 38. VALIC, Legal Services NYC Tax Sheltered 403(b), incl. 39-67 | | None | N | T | | | | | |
| 39. Amer Funds Amer Mut R4 | A | Dividend | J | T | Buy | 06/05/15 | J | | |
| 40. | | | | | Sold (part) | 06/17/15 | J | A | |
| 41. Vanguard International Value | A | Dividend | K | T | Sold (part) | 06/05/15 | J | A | |
| 42. | | | | | Sold (part) | 06/17/15 | J | A | |
| 43. | | | | | Sold (part) | 09/04/15 | J | A | |
| 44. JP Morgan Mid Cap Val I | B | Dividend | K | T | Buy | 06/05/15 | J | | |
| 45. | | | | | Sold (part) | 06/17/15 | J | A | |
| 46. | | | | | Sold (part) | 09/04/15 | J | A | |
| 47. Black Rock Small Cp Idx A | A | Dividend | | | Buy | 06/05/15 | J | | |
| 48. | | | | | Sold | 09/04/15 | J | A | |
| 49. Janus Enterprise I | A | Dividend | J | T | Buy | 09/04/15 | J | | |
| 50. JP Morgan Sm Cap Val A | A | Dividend | J | T | Buy | 09/04/15 | J | | |
| 51. Franklin Sm Cap Val A | A | Dividend | | | Sold | 06/05/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reyes, Jr., Ramon E. | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Sentinel Small Company 1 | A | Dividend | | | Sold (part) | 06/05/15 | J | A | |
| 53. | | | | | Sold | 06/17/15 | J | A | |
| 54. Amer Funds CapWrldGl R4 | A | Dividend | K | T | Buy | 06/05/15 | K | | |
| 55. | | | | | Sold (part) | 09/04/15 | J | A | |
| 56. | | | | | Sold (part) | 06/17/15 | J | A | |
| 57. Fidelity Spar Intl Index | A | Dividend | K | T | Sold (part) | 06/05/15 | J | A | |
| 58. | | | | | Buy | 09/04/15 | K | | |
| 59. Amer Funds Amer Bal R4 | B | Dividend | L | T | Sold (part) | 12/04/15 | J | A | |
| 60. Fixed Interest Option | A | Interest | K | T | Buy | 06/17/15 | J | | |
| 61. | | | | | Sold (part) | 09/04/15 | J | A | |
| 62. AmerCent Cp Pres Mm Inv | A | Dividend | | | Buy | 06/17/15 | J | | |
| 63. | | | | | Sold | 09/04/15 | J | A | |
| 64. Dreyfus Bond Mkt Idx Inv | A | Dividend | K | T | Buy | 06/17/15 | J | | |
| 65. | | | | | Buy | 09/04/15 | J | | |
| 66. PIMCO Total Ret A | A | Dividend | K | T | Buy | 06/17/15 | J | | |
| 67. | | | | | Sold (part) | 09/04/15 | J | A | |
| 68. USAA Savings Accounts | A | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reyes, Jr., Ramon E. | 05/12/2016 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. USAA Checking Accounts | A | Interest | J | T | | | | | |
| 70. USAA Savings Account | A | Interest | J | T | | | | | |
| 71. USAA Checking Account | A | Interest | M | T | | | | | |
| 72. New York College Savings Program, 529 Plan (1) - age based | | None | M | T | | | | | |
| 73. New York College Savings Program, 529 Plan (2), age-based | | None | M | T | | | | | |
| 74. USAA Whole Life Policy (self) | | None | J | T | | | | | |
| 75. New York Life Whole Life Policy (self) | A | Int./Div. | J | T | | | | | |
| 76. Sterling Bank, checking account of family member (executor) | A | Interest | J | T | | | | | |
| 77. Sterling Bank, burial account of family member (executor) | A | Interest | J | T | | | | | |
| 78. personal property of family member | | None | J | W | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reyes, Jr., Ramon E. | 05/12/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

During the reporting period I did not exercise the power of attorney listed in Part I, line 1.

The investments in Part VII have been renamed and reorganized to more accurately reflect the ownership and composition. In particular, the brokerage account previously appearing on line 9 has been moved to line 38 and renamed "VALIC, Legal Services NYC, Tax Sheltered 403(b)", and lines 39-67 have been added to account for the individual mutual fund transactions within the brokerage account. This information had been previously inadvertently omitted from prior financial disclosures due to a misunderstanding as to the nature of the account.

| Name of Person Reporting | Date of Report |
|---|---|
| Reyes, Jr., Ramon E. | 05/12/2016 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Ramon E. Reyes, Jr.**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544